UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULESHOV S.., Petitioner, v. CHRISTOPHER CHESTNUT, et al., Respondents. | No. 1:26-cv-05785-TLN-CKD **ORDER** |

Petitioner Kuleshov S.[1] ("Petitioner"), an immigration detainee who is representing himself, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) and Motion for Temporary Restraining Order ("TRO") (ECF No. 2). The Court set a briefing schedule. (ECF No. 5.)

Based on the facts surrounding Petitioner's detention, the Court provisionally authorizes Petitioner to proceed *in forma pauperis*, subject to Petitioner filing an application to proceed *in forma pauperis* within **thirty (30) days** from the date of this Order. *See* 28 U.S.C. § 1914.

Petitioner's Motion to Appoint Counsel is granted. (ECF No. 3.) In light of the complexity of the legal issues involved in this matter, the Court has determined that the interests of justice require the appointment of counsel for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B); *see*

[1] The Court omits Petitioner's full name to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

*also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, via email at mkrueger@caed.uscourts.gov, who shall update the docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's *Pro Hac Vice* admission to practice before this Court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is provisionally authorized to proceed *in forma pauperis*, subject to Petitioner filing an application to proceed *in forma pauperis* within **thirty (30) days** from the date of this Order. The Clerk of the Court is directed to serve Petitioner with an application to proceed *in forma pauperis*.
2. Petitioner's Motion to Appoint Counsel (ECF No. 3) is GRANTED. Within **seven (7) days** from the date of this Order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Michele Krueger, Courtroom Deputy for Chief Judge Troy Nunley, who shall update the docket to reflect counsel's appointment.
3. The Clerk of the Court shall serve a copy of this Order and the § 2241 petition on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

DATE: July 30, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE